# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 10-3038**

**September Term, 2014**
FILED ON: JANUARY 23, 2015

IN RE: SEALED CASE

Consolidated with 12-3098

———

Appeal from the United States District Court
for the District of Columbia

———

Before: HENDERSON, ROGERS and KAVANAUGH, *Circuit Judges*

# NOT AVAILABLE FOR PUBLIC VIEW

# UNDER SEAL